451 A.2d 444

**Helen HERMAN, Appellant,**

v.

**Commonwealth of Pennsylvania, WORKMEN'S COMPENSA-
TION APPEAL BOARD and Fayette County, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 21, 1982.

Decided Oct. 29, 1982.

Anthony J. Seneca, Seneca & O'Dell, Washington, for appellant.

Scott E. Becker, Thomson, Rhodes & Grigsby, Pittsburgh, for Fayette County.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed, 63 Pa.Cmwlth. 424, 439 A.2d 834, as having been improvidently granted.